

# United States District Court
# Northern District of Illinois

In the Matter of

Naval Institute Press

v.

Elliot Carlson, et al

Chief Judge Ruben Castillo

Case No. 14-CV-9244

Designated Magistrate Judge
Mary M. Rowland

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge Ruben Castillo who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

*Thomas M Durkin*

_____
**Judge Thomas M. Durkin**

Date: Wednesday, November 26, 2014

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Ruben Castillo.

ENTER

FOR THE EXECUTIVE COMMITTEE

*Ruben Castillo*

_____
**Chief Judge Ruben Castillo**

Dated: Monday, December 01, 2014

District Reassignment - By Agreement

- I agree that case number 14-CV-9244 should be reassigned to my calendar as specifically set forth below

 *Pursuant to LCrR6.1

- It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case is not required.

Wednesday, November 26, 2014

                    **Ruben Castillo**

........................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: