**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Elliot Carlson

                    Plaintiff,

v.                                                                                         Case No.: 1:14–cv–09244
                                                                        Honorable Ruben Castillo

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 2, 2014:

      MINUTE entry before the Honorable Ruben Castillo:The Government's response to the Petitioners' petition for order directing release of transcripts of certain testimony from August 1942 Grand Jury investigation of the Chicago Tribune is due on or before 12/24/2014. The petitioners' reply brief will be due on or before 1/9/2015. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.